David Haas, CBN 165349
6285 East Spring Street #210
Long Beach, CA 90808
Tel.: (714) 491-3720
Fax: (714) 491-3721
davidhaas@earthlink.net

Attorney for Plaintiffs Richard Brown and Kristine Hedley

FILED
CLERK, U.S. DISTRICT COURT
Jan 13, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BROWN, an individual, KRISTINE HEDLEY, an individual,<br><br>          *Plaintiffs,*<br><br>v.<br><br>CITY OF ANAHEIM, THE ANAHEIM POLICE DEPARTMENT, CURTIS BRYANT, in his individual and official capacity, KASEY GEARY, in his individual and official capacity, MICHAEL HAGGERTY, in his individual and official capacity, DAVID HERMANN, in his individual and official capacity, ROBERT KENDRICK, in his individual and official capacity, CHAD MEYER, in his individual and official capacity, JEFFREY NORRIS, in his individual and official capacity, RICHARD OLMEDO, in his individual and official capacity, PHILLIP VARGAS, in his individual and official capacity, KENNETH WEBBER, in his individual and official capacity, and DOES 1 THROUGH 10 inclusive, in their personal and official capacities,<br>          *Defendants.* | CASE NO.: SACV14-01195 SVW (JPRx)<br>[Assigned to Hon. Stephen V. Wilson in Courtroom 6]<br><br>ORDER ON<br>STIPULATION OF DISMISSAL<br>~~AND ORDER~~<br>~~XXXXXXXXXX~~<br><br>Trial Date: March 10, 2015 |

1
**STIPULATION OF DISMISSAL AND ORDER**

**IT IS STIPULATED** by the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as to Defendants CITY OF ANAHEIM, THE ANAHEIM POLICE DEPARTMENT, CURTIS BRYANT, KASEY GEARY, MICHAEL HAGGERTY, DAVID HERMANN, ROBERT KENDRICK, CHAD MEYER, JEFFREY NORRIS, RICHARD OLMEDO, PHILLIP VARGAS, KENNETH WEBBER and DOES 1 THROUGH 10, inclusive.

DATED: January 7, 2015

/s/ David Haas
_____
By David Haas, Esq.
Attorney for Plaintiffs Richard Brown and Kristine Hedley

DATED: January 7, 2015

MICHAEL R.W. HOUSTON
CITY ATTORNEY

/s/ Gregg M. Audet
_____
By Gregg M. Audet
Deputy City Attorney
Attorneys for Defendants
CITY OF ANAHEIM, THE ANAHEIM POLICE DEPARTMENT, CURTIS BRYANT, KASEY GEARY, MICHAEL HAGGERTY, DAVID HERMANN, ROBERT KENDRICK, CHAD MEYER, JEFFREY NORRIS, RICHARD OLMEDO, PHILLIP VARGAS, KENNETH WEBBER

**IT IS SO ORDERED.**

DATED: January 13, 2015

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

**STIPULATION OF DISMISSAL AND ORDER**